JUN 8 2026 PM 2:41
FILED - USDC - FLMD - ORL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| BENJAMIN D. TARVER,<br><br>Plaintiff,<br><br>v.<br><br>Republic Finance, LLC<br><br>Defendant. | Case No.<br><br>6:26-cv-00986-AGM-NWH |

### Certification of Compliance With Rule 11

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries 1, 8 and 9, by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing.

Respectfully submitted,

BENJAMIN D. TARVER, Pro Se
450 South Orange Ave, 3rd Floor
Orlando, FL 32801
T: 407-308-2968
E: litigation@civilfilings.com

Dated: June 5, 2026

1

Benjamin Tarver
BENJAMIN TARVER, SELF-REPRESENTED
450 S ORANGE AVE FL 3
Orlando FL 32801-3394

ORLANDO FL 328

6 JUN 2026 PM 3 L



$0.74^0
US POSTAGE IMI
FIRST-CLASS
FROM 32801
06/05/2026
Stamps.com

United States  District Court
401 W Central Blvd Ste 1200
ORLANDO FL 32801-0120

