# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BENJAMIN D. TARVER,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**Case No: 6:26-cv-986-AGM-NWH**

**REPUBLIC FINANCE, LLC,**

        **Defendant.**

## STANDING ORDER REGARDING DISCOVERY MOTIONS

In an effort "to secure the just, speedy, and inexpensive determination" of this action, Fed. R. Civ. P. 1, it is **ORDERED** as follows:

(1)　If a discovery dispute arises, the litigants must confer **in person or via telephone** in a good faith effort to resolve the dispute before seeking court intervention. *See* Local Rule 3.01(g).

(2)　If the good-faith conferral does not resolve the discovery dispute, a litigant may seek court intervention, but must do so by filing a Short-Form Discovery Motion in compliance with this Order. **Neither the Motion nor any response thereto shall exceed 500 words**, exclusive of caption, signature block, and certifications.

(3)　The Movant must attach any discovery requests and discovery responses.

(4)　If time-sensitive, the Motion must be filed and captioned as "Time-Sensitive."

(5)　Any litigant opposing the Motion shall file a response no later than five days after the Motion is filed (*see* Fed. R. Civ. P. 6(a)); **a failure to file a timely response will result in the Motion being deemed unopposed**.

(6)　To resolve the dispute, the Court may: decide the dispute on the basis of the Motion and any response, set a hearing, or order further briefing.

(7)　In the Motion or response, a litigant may request additional

briefing, but such a request must accompany, and not replace, the substantive argument.

(8)     The litigants must continue to confer concerning the dispute and must promptly notify the Court if they resolve the Motion in whole or in part.

(9)     **If a hearing is set, the litigants shall file a joint notice three days before the hearing** certifying ongoing conferral and stating which issues, if any, have been resolved.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes. The Court may impose appropriate sanctions upon a finding of failure to comply with this Order or upon a finding of other discovery misconduct.

**DONE** and **ORDERED** in Orlando, Florida on June 11, 2026.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE