# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| BENJAMIN D. TARVER, )<br><br>Plaintiff, )<br><br>v. )<br><br>REPUBLIC FINANCE, LLC, )<br><br>Defendant. ) | Case No.<br><br>6:26-cv-00986-AGM-NWH |

## NOTICE REGARDING SERVICE

Plaintiff files this Notice to advise the Court regarding service of Defendant's Motion to Compel Arbitration (Doc. 14) and Amended Motion to Compel Arbitration (Doc. 21).

Plaintiff became aware of the motions through review of the Court's docket and files this Notice solely to advise the Court regarding the status of service.

Defendant filed its Motion to Compel Arbitration on June 8, 2026 (Doc. 14). The Certificate of Service for Doc. 14 states:

*"I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice to all parties registered to receive electronic notice, including Plaintiff Benjamin D. Tarver at litigation@civilfilings.com."*

At the time Doc. 14 was filed, Plaintiff was not registered or authorized to receive service through CM/ECF in this action. Plaintiff therefore did not receive electronic service of Doc. 14 through CM/ECF.

Defendant filed its Amended Motion to Compel Arbitration on June 16, 2026 (Doc. 21). The Certificate of Service for Doc. 21 contains the same representation regarding CM/ECF service.

At the time Doc. 21 was filed, Plaintiff's request for electronic noticing had not yet been approved. Plaintiff therefore did not receive electronic service of Doc. 21 through CM/ECF.

Plaintiff's mailing address of record is:

> 450 South Orange Avenue, 3rd Floor
> Orlando, Florida 32801

As of the date of this Notice, Plaintiff has not received either Doc. 14 or Doc. 21 by mail or through any other method of service. Plaintiff files this Notice solely to advise the Court regarding the circumstances surrounding service of these motions and reserves all rights relating to service, notice, and any response deadlines that may apply.

**CERTIFICATION UNDER PENALTY OF PERJURY THAT ARTIFICIAL INTELLIGENCE WAS USED IN THE PREPARATION OF THIS FILING**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. Artificial intelligence was used in the preparation of this filing in the following way: Artificial intelligence was used to assist with drafting, editing, formatting, grammar review, and organization of this Notice. However, under penalty of perjury, I certify that before filing, I personally reviewed Rule 11 of the Federal Rules of Civil Procedure and I personally read every case. I understand that if a case upon which I rely does not exist or does not reasonably stand for the cited proposition, the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, that as the person signing this filing I am the person who will be held responsible for its contents even if it was prepared by someone else, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

Respectfully submitted,

BENJAMIN D. TARVER
450 South Orange Ave, 3rd Floor
Orlando, FL 32801
T: 407-308-2968
E: litigation@civilfilings.com

Dated: June 16, 2026

*Plaintiff, Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I placed a true and correct copy of the foregoing Notice

Regarding Service in the United States Mail, postage prepaid, addressed to:

Christopher Kirk Walker
Balch & Bingham LLP
50 N Laura Street
Suite 2100
Jacksonville, FL 32202

BENJAMIN D. TARVER
450 South Orange Ave, 3rd Floor
Orlando, FL 32801
T: 407-308-2968
E: litigation@civilfilings.com

*Plaintiff, Pro Se*