**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| BENJAMIN D. TARVER,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC FINANCE, LLC,<br><br>Defendant. | ) | Case No.<br><br>6:26-cv-00986-AGM-NWH |

**NOTICE REGARDING DEFENDANT'S CERTIFICATE OF CONFERRAL**

Plaintiff respectfully files this Notice to clarify Defendant's Certificate of Conferral in Document 25. Defendant's certificate states that Plaintiff objected "citing lack of agreement with Republic's characterization of Plaintiff's arguments." That statement does not fully reflect Plaintiff's conferral position.

Plaintiff objected to Defendant's requested leave to file a reply, stated that Plaintiff does not agree a reply is necessary, objected to Defendant's characterization that Plaintiff failed to oppose the issues raised in the Amended Motion, noted the timing of Defendant's conferral request, and requested that any permitted reply be limited to the issues identified in Defendant's motion for leave and not include new evidence, new declarations, or new arguments that could have been raised in the Amended Motion. Plaintiff files this Notice solely to ensure the conferral record accurately reflects Plaintiff's position.

**CERTIFICATION UNDER PENALTY OF PERJURY THAT ARTIFICIAL INTELLIGENCE WAS USED IN THE PREPARATION OF THIS FILING**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. Artificial intelligence was used in the preparation of this filing in the following way: Artificial intelligence was used to assist with drafting, editing, formatting, grammar review, and organization of this Notice. However, under penalty of perjury, I certify that before filing, I personally reviewed Rule 11 of the Federal Rules of Civil Procedure and I personally read every case. I understand that if a case upon which I rely does not exist or does not reasonably stand for the cited proposition, the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, that as the person signing this filing I am the person who will be held responsible for its contents even if it was prepared by someone else, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

Respectfully submitted,



BENJAMIN D. TARVER
450 South Orange Ave, 3rd Floor
Orlando, FL 32801
T: 407-308-2968
E: litigation@civilfilings.com

Dated: July 8, 2026

*Plaintiff, Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2026, I placed a true and correct copy of the foregoing Notice Regarding Service in the United States Mail, postage prepaid, addressed to:

Christopher Kirk Walker
Balch & Bingham LLP
50 N Laura Street
Suite 2100
Jacksonville, FL 32202

BENJAMIN D. TARVER
450 South Orange Ave, 3rd Floor
Orlando, FL 32801
T: 407-308-2968
E: litigation@civilfilings.com

*Plaintiff, Pro Se*

Benjamin Tarver
BENJAMIN TARVER, SELF-REPRESENTED
450 S ORANGE AVE FL 3
Orlando FL 32801-3394

ORLANDO FL 328
9 JUL 2026 PM 2 L

$0.74[0]
US POSTAGE IMI
FIRST-CLASS
FROM 32801
07/08/2026
Stamps.com
063S0001443239

United States District Court
401 W Central Blvd Ste 1200
ORLANDO FL 32801-0120