UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BENJAMIN D. TARVER,**

**Plaintiff,**

v.                                                    **Case No.: 6:26-cv-986-AGM-NWH**

**REPUBLIC FINANCE, LLC,**

**Defendant.**

_____

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. # 29). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **October 2, 2026**. Failure to timely comply with this Order will result in the Court's appointment of a mediator.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 29, 2026.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties