**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**BENJAMIN D. TARVER**

**Plaintiffs,**

**v.**

**Case No. 6:26-cv-986-AGM-NWH**

**REPUBLIC FINANCE, LLC**

**Defendant.**

| | | | |
|---|---|---|---|
| **United States Magistrate Judge:** | **NATHAN W. HILL** | **Courtroom:** | **4D** |
| **Deputy Clerk:** | J. Reyes | **Counsel for Plaintiff:** | Pro Se-Not Present |
| **Audio Recording:** | Karla Hyland<br>hylandtranscripts@outlook.com | **Counsel for Defendant:** | Christopher Kirk Walker |
| **Date/Time:**<br><br>**Total Time:** | August 18, 2026<br>9:36 A.M.-9:58 A.M.<br>22 minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING (Docs 21, 30)**

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motions as stated on the record.
Order on motions to enter.
Court adjourned.