**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**BENJAMIN D. TARVER**

**Plaintiffs,**

**v.**

**Case No. 6:26-cv-986-AGM-NWH**

**REPUBLIC FINANCE, LLC.,**

**Defendant.**

| | | | |
|---|---|---|---|
| **United States Magistrate Judge:** | **NATHAN W. HILL** | **Courtroom:** | **4D** |
| **Deputy Clerk:** | T. Palmer | **Counsel for Plaintiff:** | No Appearance |
| **Audio Recording:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **Counsel for Defendant:** | Christopher Walker |
| **Date/Time:**<br><br>**Total Time:** | September 2, 2026<br>9:35 A.M. – 9:43 A.M.<br><br>8 minutes | | |

## CLERK'S MINUTES
## SHOW CAUSE HEARING

Case called, appearances made, procedural setting by the Court.
The plaintiff, Benjamin D. Tarver, did not appear.
Court will recommend the case be dismissed.
Court adjourned**.**